IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01916-BNB

JOSEPH LEE WILLIAMS,

    Applicant,

v.

TERRY ZAVAVAS, Director of Colorado Dept. Corrections, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Applicant's Motion for Clarification (Doc. No. 13), filed on October 7, 2011. The motion is GRANTED. The Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Doc. No.1) was filed on July 22, 2011.

    Applicant shall have **twenty-one (21) days from the date of this minute order** in which to file a reply to Respondents' Pre-Answer Response.

Dated: October 11, 2011